IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:     THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, and EDF RENEWABLES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *ET AL.*, <br><br> Defendants. | Court No. 20-03941 |

# **ORDER**

On consideration of plaintiffs' Motion to Expedite Discovery and to Compel Production of Petition, ECF No. 19, and defendants' response, it is hereby

ORDERED that the motion is denied as moot.


Dated: _____                                                                                     _____
New York, NY                                                                                                                 JUDGE

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, and EDF RENEWABLES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *ET AL.*, <br><br> Defendants. | Court No. 20-03941 |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR DISCOVERY

Pursuant to Rules 6, 7, and 37 of the Rules of the Court, defendants, the United States, *et al.*, respectfully respond to plaintiffs' Motion to Expedite Discovery and to Compel Production of Petition, ECF No. 19. Plaintiffs' motion is moot because we have produced all requested documents. Although they are not relevant to this action given the standard of review of presidential actions, we are also filing these petitions with our response. *See* Attachments A (LG Electronics USA), B (Q-Cells and Auxin Solar), C (Mission Solar, Hellene, Auxin Solar, and SolarTech Universal). Accordingly, we have provided all relief requested by plaintiffs in their motion and, thus, the motion is moot.

The Court should thus deny the motion as moot under the "prohibition against advisory opinions. Under this doctrine, federal courts are to decide only 'actual controversies by judgment which can be carried into effect, and not to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in the case before it.'" *Teva Pharms. USA, Inc. v. Novartis Pharms. Corp.*, 482 F.3d 1330, 1337-38

(Fed. Cir. 2007) (quoting *Local No. 8–6, Oil, Chem. & Atomic Workers Int'l Union v. Missouri*, 361 U.S. 363, 367 (1960)).

For these reasons, we respectfully request that the Court deny the motion as moot.

                                        Respectfully Submitted,

                                        BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

                                        JEANNE E. DAVIDSON
                                        Director

                                        /s/ TARA K. HOGAN
                                        Assistant Director

                                        /s/ STEPHEN C. TOSINI
                                        Senior Trial Counsel
                                        JOSHUA E. KURLAND
                                        Trial Attorney
                                        Department of Justice
                                        Civil Division
                                        Commercial Litigation Branch
                                        P.O. Box 480, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel.: (202) 616-5196
                                        Email: stephen.tosini@usdoj.gov

April 15, 2021                              Attorneys for Defendants

## CERTIFICATE OF COMPLIANCE

Pursuant to Chambers Procedure 2(B)(2) of the United States Court of International Trade, I certify that this response contains 223 words, excluding those portions that do not count toward the word limitation and, thus, complies with the Court's Chambers Procedures.

/s/ Stephen C. Tosini