IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:     THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, and EDF RENEWABLES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, *ET AL.*, <br><br> Defendants. | Court No. 20-03941 |

**ORDER**

On consideration of plaintiffs' Motion to Expedite Discovery and to Compel Production of Petition, ECF No. 19, and defendants' response, it is hereby

ORDERED that the motion is denied as moot; and it is further ORDERED that Plaintiffs shall file their response to Defendant's Motion to Dismiss by May 5, 2021.

Dated: April 21, 2021        /S/   Gary S. Katzmann
New York, NY                           JUDGE