UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | | |
|---|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, and EDF RENEWABLES, INC., | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Court No. 20-03941 |
| UNITED STATES, UNITED STATESCUSTOMS AND BORDER PROTECTION, AND TROY A. MILLER, IN HIS OFFICIAL CAPACITY AS ACTING COMMISSIONER OF UNITED STATES CUSTOMS AND BORDER PROTECTION, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of defendants' unopposed motion for an order to suspend liquidation of all unliquidated entries of merchandise subject to the modifications to the safeguard measures on crystalline silicon photovoltaic cells, whether or not partially or fully assembled into other products, imposed by *Proclamation 10101: To Further Facilitate Positive Adjustment to Competition from Imports of Certain Crystalline Silicon Photovoltaic Cells (Whether or Not Partially or Fully Assembled into Other Products)*, 85 Fed. Reg. 65,639 (Oct. 16, 2020) (*Proclamation 10101*), it is hereby

ORDERED that defendants' motion is granted; and it is further

ORDERED that defendant, the United States, together with its delegates, officers, agents, and servants, including employees of the U.S. Customs and Border Protection and Office of the

2

United States Trade Representative, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any entries of merchandise subject to the modifications to the safeguard measures on crystalline silicon photovoltaic cells, whether or not partially or fully assembled into other products, imposed by *Proclamation 10101* pending final and conclusive disposition of this action, including all appeals.

/S/   Gary S. Katzmann
JUDGE

Dated: December 7, 2021
New York, NY