UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

|  |  |
|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, and EDF RENEWABLES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES, *ET AL.*,<br><br>    Defendants. | Court No. 20-03941 |

## NOTICE OF APPEAL

Notice is hereby given that the defendants in the above-captioned action hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment and accompanying order and opinion, Slip op. 21-154, entered on November 16, 2021.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Acting Assistant Attorney General

    PATRICIA M. McCARTHY
    Director

    /s/Tara K. Hogan
    TARA K. HOGAN
    Assistant Director

|  |  |
|---|---|
|  | /s/ Joshua E. Kurland |
|  | JOSHUA E. KURLAND |
|  | Trial Attorney |
|  | Department of Justice |
|  | Commercial Litigation Branch |
|  | P.O. Box 480, Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Tel: (202) 616-0477 |
|  | Fax: (202) 307-0972 |
|  | Email: Joshua.E.Kurland@usdoj.gov |
| January 14, 2022 | *Attorneys for Defendants* |