IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SOLAR ENERGY INDUSTRIES ASSOCIATION, NEXTERA ENERGY, INC., INVENERGY RENEWABLES LLC, and EDF RENEWABLES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, AND CHRIS MAGNUS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF UNITED STATES CUSTOMS AND BORDER PROTECTION, <br><br> Defendants. | Court No. 20-03941 |

### PLAINTIFFS' RESPONSE TO NOTICE OF INADVERTENT LIQUIDATIONS

Plaintiffs file this response to Defendants' Notice of Inadvertent Liquidations (Doc. 50). Defendants state that they liquidated entries in violation of this Court's December 7, 2021 order, which enjoined liquidation of entries subject to Presidential Proclamation 10101, and this Court's November 16, 2021 judgment vacating that Proclamation. Defendants provided no list of the entries at issue, but generally described buckets of an unknown number of entries made during certain time periods for which the Government has, or may in the future, void liquidations. Notice at 2, 4. Defendants represented that Plaintiffs were not "affected by these erroneous liquidations." Notice at n.1. However, because the Notice does not identify the affected entries, Plaintiffs cannot meaningfully comment.

To the extent Plaintiffs are affected by the actions described in the Notice, or any future actions by CBP, Plaintiffs reserve all rights, including but not limited to opposing the

1

Government's actions and legal authority to void liquidations without court approval and without providing specificity that would allow for meaningful comment. *See AK Steel Corp. v. United States*, 27 C.I.T. 1382, 1387-88 (2003) (remedying government's unlawful liquidations in violation of court order by determining "the court had the power . . . to declare them void ab initio" and then doing so). The Notice also cannot be read to limit or otherwise affect non-party importers' rights and remedies under the law.

                                                    Respectfully submitted,

                                                    /s/ John Brew
                                                    John Brew
                                                    Larry F. Eisenstat
                                                    Amanda Shafer Berman
                                                    Crowell & Moring LLP
                                                    1001 Pennsylvania Ave., NW
                                                    Washington, DC 20004-2595
                                                    Tel: (202) 688-3451
                                                    aberman@crowell.com

                                                    *Counsel to Invenergy Renewables, LLC*

| Matthew R. Nicely | Christine M. Streatfeild |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Baker & McKenzie LLP |
| 2001 K Street, NW | 815 Connecticut Ave, NW |
| Washington, DC 20006 | Washington, DC 20006 |
| Tel: (202) 887-4046 | Tel: (202) 835-6111 |
| mnicely@akingump.com | Christine.streatfeild@bakermckenzie.com |
| | |
| *Counsel to Solar Energy Industries Association and NextEra Energy, Inc.* | *Counsel to EDF Renewables, Inc.* |